**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00836-CV

---

## IN RE BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., AND BP PRODUCTS NORTH AMERICA INC., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-32539**

---

## MEMORANDUM OPINION

On October 20, 2014, relators BP America Production Company, BP Exploration & Production Inc., and BP Products North America Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Wesley Ward, presiding judge of the 234th District Court of Harris County, to

vacate four orders denying relators' motions to obtain discovery of certain information.

Relators have not satisfied their burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.